**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Roslyn Woodall,** | ) | **CASE NO. 5:12 CV 1818** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Carolyn W. Colvin,** | ) | <u>**Order of Remand**</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having ACCEPTED the Report and Recommendation of Magistrate Judge George G. Limbert (Doc. 20), hereby REMANDS this matter to defendant for further proceedings.

IT IS SO ORDERED.

                                            <u>/s/Patricia A. Gaughan</u>
                                            PATRICIA A. GAUGHAN
Date:  <u>8/28/13</u>                    United States District Judge